UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 09-672(JLL) |
| | : | |
| v. | : | **ORDER MODIFYING CONDITIONS OF RELEASE** |
| | : | |
| MAHER A. KHALIL | | |

**THIS MATTER** having been opened to the Court by defendant, Maher A. Khalil, through his attorney Michael N. Pedicini, Esq., in the presence of and without objection of the United States of America, (Christopher Gramiccioni, Esq., Assistant United States Attorney appearing) and without objection of Pre-Trial Services for an Order modifying the defendant's conditions of release so as to permit him to travel to Florida, and the Court having considered the matter and for good and sufficient cause shown;

**IT IS** on this _11th_ day of _Sept._, 2009;

**ORDERED** that the defendant shall be permitted to travel to Florida from on or about September 22, 2009 through October 6, 2009; and it is further

**ORDERED** that the defendant shall provide his itinerary to Pre-Trial Services indicating the name, address and telephone number of where the defendant intends to reside during his stay; and it is further

**ORDERED** that all other conditions of release heretofore imposed shall remain in full force and effect until further Order of this Court.

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE