PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. Maher Khalil                                   Docket No. **09CR672-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Stephanie Ferruggia** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Maher Khalil**, who was placed under pretrial release supervision by the **Honorable Madeline Cox-Arleo** sitting in the Court at Newark, New Jersey, on July 23, 2009 under the following conditions:

1) $100,000 Unsecured Appearance Bond;
2) Pretrial Services supervision;
3) Travel restricted to New Jersey and New York unless approved by Pretrial Services;
4) Surrender passport and do not apply for additional travel documents;
5) Do not have any contact with victims, witnesses or codefendants unless in the presence of counsel;
6) Surrender and do not possess any firearms, destructive devices or any other dangerous weapons.

The defendant appeared before Your Honor on September 9, 2009 and entered a guilty plea and was permitted to remain on bail under the same conditions. At this time the defendant is pending sentencing before Your Honor.

Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **mental health treatment as deemed necessary by Pretrial Services added to the defendant's conditions of release.**

ORDER OF COURT

Considered and ordered this __16th__ day of __March__, ____ and ordered filed and made a part of the records in the above case.

_____
Honorable Jose L. Linares
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3/14/11__

_____
Stephanie Ferruggia
U.S. Pretrial Services Officer