UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 09-672(JLL) |
| | : | |
| v. | : | **ORDER EXTENDING DEFENDANT'S SURRENDER DATE** |
| | : | |
| MAHER KHALIL | | |

**THIS MATTER** having been opened to the Court by defendant, Maher Khalil, through his attorney Michael N. Pedicini, Esq., without opposition of the United States of America, (Mark McCarren, Esq., Assistant United States Attorney appearing) for an Order extending defendant's surrender date and permitting him to surrender himself at the designated Federal institution on May 28, 2013 and the Court having considered the matter and for good and sufficient cause shown;

**IT IS** on this 15th day of April, 2013;

**ORDERED** that Maher Khalil shall surrender himself to the designated Federal institution on May 28, 2013.

JOSE L. LINARES, U.S.D.J.